## In the Matter of the Application of Fred JACKSKION for the Suppression of Evidence and Information Obtained upon Search and Seizure of Premises Situate at Hollowville, Columbia County, New York, Known as Brosh Farm, the Residence and Home of Fred Jackskion. Fred Jackskion, Petitioner-Appellant; United States of America, Appellee.

No. 186.

Circuit Court of Appeals, Second Circuit.

Feb. 21, 1938.

Louis Halle, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Walter N. Thayer, 3d, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.